**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-2757**

―――――――――

HERBERT K. MALLARD,

Petitioner - Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

Respondent - Appellee.

―――――――――

Appeal from the United States Tax Court.  (Tax Ct. No. 96-15982)

―――――――――

Submitted:  July 30, 1998          Decided:  August 14, 1998

―――――――――

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Herbert K. Mallard, Appellant Pro Se.  Charles Edward Brookhart, Sara Ann Ketchum, Loretta C. Argrett, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Stuart L. Brown, INTERNAL REVENUE SERVICE, Washington, D.C., for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herbert K. Mallard appeals the tax court's order entering a decision in his favor, finding no deficiencies or any penalties with respect to his 1992 or 1993 federal income tax liability. Our review the record discloses no basis for appeal. Accordingly, we dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED